AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOHN McKEEVER, on behalf of himself and all others similar situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>AMERIVENTS CATERING LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 26-cv-01476-JMW<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Amerivents Catering LLC
    1776 Broadway, Suite 1501
    New York, NY 10019.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kesler Matura P.C.
    534 Brhoadhollow Road, Ste. 275
    Melville, New York 11747
    631-499-9100

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____3/13/2026_____



*Sandra Felgueiras*
*Signature of Clerk or Deputy Clerk*