# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Index Number: 26-CV-01476-JMW                                    Date Filed: 3/13/2026

Plaintiff:
**John McKeever, on behalf of himself and all others similar situated**

vs.

Defendant:
**Amerivents Catering LLC**

**State of New York, County of Albany)ss.:**

Received these papers to be served on **AMERIVENTS CATERING LLC.**

I, Dylan Jones, do hereby affirm that on the **18th day of March, 2026** at **3:15 pm, I:**

served the within named Limited Liability Company, **AMERIVENTS CATERING LLC** by delivering two true copies of the **Summons in a Civil Action and Class and Collective Action Complaint pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Mary Alice Taylor**, Authorized to Accept Service, as **Office Assistant 1** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 135, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____3/20/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____Dylan Jones_____
**Dylan Jones**
Process Server

Our Job Serial Number: SRN-2026001923

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b