UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JOHN McKEEVER, on behalf of himself and all others            :
similar situated,                                             :          **No.: 26 Civ. 1476 (JMW)**
                                                             :
                                        Plaintiff,            :          **CERTIFICATE OF**
           - against -                                       :          **DEFAULT**
                                                             :
AMERIVENTS CATERING LLC,                                      :
                                                             :
                                        Defendant.            :
-------------------------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the default of Defendant Amerivents Catering LLC,

are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
      _____ \_\_\_\_, 2026           BRENNA B. MAHONEY, Clerk of Court


      By: _____
           Deputy Clerk