UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOHN McKEEVER, on behalf of himself and all others         :
similar situated,                                          :    **No.: 26 Civ. 1476 (JMW)**
                                                           :
                                   Plaintiff,              :    **CERTIFICATE OF**
            - against -                                    :    **SERVICE**
                                                           :
AMERIVENTS CATERING LLC,                                   :
                                                           :
                                   Defendant.              :
-------------------------------------------------------------------------X

I, GARRETT KASKE, hereby declare as follows:

1.      I am a partner at the law firm of Kessler Matura, P.C., counsel for Plaintiff, and fully familiar with the facts and circumstances of this matter.  I make this declaration pursuant to Rule 55.1 of the Civil Rules for the Eastern District of New York, in support of Plaintiffs' application for the entry of a default judgment against Defendant Amerivents Catering LLC.

2.      On May 1, 2026, I caused a copy of Plaintiff's Request for a Certificate of Default (ECF No. 6), the related Declaration of Garrett Kaske (ECF No. 6-1), and proposed Certificate of Default (ECF No. 6-2), to be served on Defendant Amerivents Catering LLC via U.S. Mail, first class, postage prepaid, at their last known addresses, pursuant to Local Rule 55.1(a)(4), which is: Amerivents Catering LLC, 1776 Broadway, Suite 1501, New York, NY 10019.  The envelope was handed to and taken by the U.S. Postal Worker collecting mail from 534 Broadhollow Road, Melville, NY 11747, on that day.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Melville, New York                    Respectfully submitted,
       May 1, 2026

                                             _____
                                             Garrett Kaske

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiff and the
Putative Class and Collective Actions*