AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| JOHN McKEEVER, on behalf of himself and all others | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    26-CV-1476(JMW) |
| AMERIVENTS CATERING LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT

Date:    05/26/2026

*Attorney's signature*

David B. Owens
*Printed name and bar number*
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, New York 10018

*Address*

dowens@molodspitz.com
*E-mail address*

(212) 869-3200
*Telephone number*

(212) 869-4242
*FAX number*