UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JOHN MCKEEVER, on behalf of himself and all others : 
similar situated, :

                                     : **Case No.: 26 Civ. 1476 (JMW)**

                               Plaintiff, :

        - against - :

                                          :

AMERIVENTS CATERING LLC, :

                                    :

                         Defendant. :

------------------------------------------------------------------------ X

## NOTICE OF CONSENT TO JOIN

       Plaintiff, by and through the undersigned counsel, hereby gives notice of filing of the

Consent to Join forms for (1) Megan Ann Shields and (2) Denise Violante.

Dated:  Melville, New York
        July 29, 2026

                                Respectfully submitted,

                                Garrett Kaske

                                Troy L. Kessler
                                Garrett Kaske
                                **KESSLER MATURA P.C.**
                                534 Broadhollow Road, Suite 275
                                Melville, New York 11747
                                (631) 499-9100
                                tkessler@kesslermatura.com
                                gkaske@kesslermatura.com

                                *Attorneys for Plaintiff and the*
                                *Putative Class and Collective Action*

**Appendix**

---

**CONSENT TO BECOME A PARTY-PLAINTIFF**

---

1. I consent to be a party plaintiff in a lawsuit against my former employer, Amerivents Catering LLC ("Defendant"), and any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the New York Labor Law.

2. During the past three years, there were occasions when Defendant did not pay me as required by the Fair Labor Standards Act.

3. I designate Kessler Matura P.C. to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

4. I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities potentially liable.

Date: 7/28/2026 _____

Signed by:

*Megan Ann Shields*

7E17A3F209E14A3...

Signature

Megan Ann Shields

Print Name

## CONSENT TO BECOME A PARTY-PLAINTIFF

1.  I consent to be a party plaintiff in a lawsuit against my former employer, Amerivents Catering LLC ("Defendant"), and any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the New York Labor Law.

2.  During the past three years, there were occasions when Defendant did not pay me as required by the Fair Labor Standards Act.

3.  I designate Kessler Matura P.C. to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

4.  I also consent to join any separate or subsequent action to assert my claims against Defendant and/or any related entities potentially liable.

Date: ___7/16/2026___

Signed by:

Denise Violante
882C44261BD6498...

_____
Signature

Denise Violante
_____
Print Name