UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN McKEEVER, on behalf of himself and all others :
similarly situated,

 :

    Plaintiff,   : **No. 2:26-cv-01476-JMW**

 :

  - against -   :

 :

AMERIVENTS CATERING LLC, :

 :

 :

    Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE
## <u>FOR CAMERON DICHTER</u>

PLEASE TAKE NOTICE that, I, Cameron Dichter, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
   July 30, 2026

         Respectfully submitted,

         By: _____
           Cameron Dichter

         **KESSLER MATURA P.C.**
         Cameron Dichter
         534 Broadhollow Road, Suite 275
         Melville, New York 11747
         Telephone: (631) 499-9100
         Email:  cdichter@kesslermatura.com

         *Attorneys for Plaintiff*