KESSLER MATURA

September 18, 2026

**<u>Via ECF</u>**
Hon. James M. Wicks, U.S.M.J
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re: *McKeever v. Amerivents Catering LLC,***
**No. 26 Civ. 1476 (JMW) (E.D.N.Y.)**

Dear Judge Wicks:

Plaintiffs write to advise the Court that the Parties have completed the initial stages of the discovery and settlement process set forth in the Court's FLSA Initial Discovery Order (ECF No. 13). The Parties have not reached a settlement. As a result, the Parties request a referral to formal mediation as per paragraph 4 of the Court's Order.

Thank you for your attention to this matter.

Sincerely,

Garrett Kaske

cc: Counsel of Record (via ECF)