KESSLER MATURA

October 13, 2026

**<u>Via ECF</u>**
Hon. James M. Wicks, U.S.M.J
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

**Re:** ***McKeever v. Amerivents Catering LLC,***
**No. 26 Civ. 1476 (JMW) (E.D.N.Y.)**

Dear Judge Wicks:

The Parties are still in the process of securing dates with a mediator and therefore respectfully request that the Court extend the deadline to select a mediator from October 13, 2026 to October 16, 2026. This is the first request that the Parties have made for an extension to this deadline.

Thank you for your attention to this matter.

Sincerely,

Cameron Dichter

Cameron Dichter

cc: Counsel of Record (via ECF)